**864 MOESTA ET AL. vs. RECORDERS' COURT JUDGE (Detroit),** No. 12049.

To compel respondent to set aside verdict and grant a new trial.

Denied June 18, 1891.

Two jurors had sat in other cases of the condemnation of land for Boulevard purposes, but elsewhere located. The case is distinguished from the Hester case where the juror sat the second time in the same case.

**865 THOMAS vs. CIRCUIT JUDGE (Washtenaw), No. 12740.**

To grant a new trial on the ground of misconduct of jury.

Granted May 4, 1892, with costs.

The jury remained out for nearly 24 hours, and during the night were allowed to occupy the court room, wherein they had access to the files of the case containing the requests to charge, which had been submitted, not only upon this trial but upon other trials which had been had. It appeared that these files had been examined and the requests discussed, pending their deliberations.